[No. 28853-2-II.   Division Two.   November 13, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. RODGER DALE HELLAND, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 01-1-00478-1, Richard L. Brosey, J., entered April 17, 2002. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Seinfeld, J., concurred in by Hunt, C.J., and Houghton, J.

[No. 28888-5-II.   Division Two.   November 13, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN E. FLESHMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 02-1-00051-7, James B. Sawyer II, J., entered May 30, 2002. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Morgan and Armstrong, JJ.

[Nos. 28901-6-II; 28928-8-II.   Division Two.   November 13, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. CLAY ALAN NEWBERG, *Appellant*.

Appeals from a judgment of the Superior Court for Pierce County, No. 99-1-03154-9, Rosanne Buckner, J., entered May 17, 2002. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Morgan and Houghton, JJ.

[No. 28938-5-II.   Division Two.   November 13, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. LAWRENCE ALAN RANDALL, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 01-1-00982-4, Terry K. McCluskey, J., entered June 7, 2002. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Seinfeld and Armstrong, JJ.